No. 396. HALSTED *v.* STATE HIGHWAY COMMISSIONER. November 7, 1938. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Harry W. Jones*

for petitioner. *Messrs. H. Victor Spike* and *Raymond W. Starr* for respondent.